*Prepared & Submitted By:*

R. Kimball Mosier (2334)
George B. Hofmann (10005)
**Parsons Kinghorn Harris**
A Professional Corporation
111 East Broadway, 11th Floor
Salt Lake City, UT 84111
Telephone: (801) 363-4300
Facsimile: (801) 363-4378

Attorneys for R. Kimball Mosier,
Chapter 11 Trustee

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| In re<br><br>NATIONAL SCHOOL FITNESS<br>FOUNDATION,<br><br>         Debtor. | Bankruptcy No. 04-28808 JAB<br><br>[Chapter 11] |
| R. KIMBALL MOSIER, Chapter 11<br>Trustee of National School Fitness<br>Foundation,<br><br>         Plaintiff,<br><br>    -vs-<br><br>DALE P. HOLT,<br><br>         Defendant. | Adv. Pro. No. 05-2116 |

**ORDER GRANTING TRUSTEE'S MOTION FOR PROTECTIVE ORDER**

**Filed: 04/27/06**

The Motion of R. Kimball Mosier, Chapter 11 Trustee (the "Trustee") for a Protective Order (the "Motion") came on for hearing before the Honorable Judith A. Boulden, on Thursday, April 20, 2006 at 3:00 p.m.  George B. Hofmann appeared on behalf of the Trustee.  James E. Magleby appeared on behalf of Dale P. Holt ("Holt"). The Court having considered the Motion and the memoranda filed by the Trustee in support of the Motion and the memorandum filed by Holt in opposition to the Motion, having heard the statements of counsel at the hearing on the Motion, and having made findings of fact and conclusions of law on the record at the hearing on the Motion, it is hereby

    **ORDERED**, that the Motion is granted; and it is further

    **ORDERED**, that pursuant to Fed. R. Civ. P. 26, made applicable in this proceeding by Fed. R. Bankr. P. 7026, the "Notice of 30(b)(6) Deposition of Plaintiff" issued by Holt is hereby quashed.

— END OF ORDER —

## **ATTORNEY'S CERTIFICATE**

In accordance with Rule 9021-1(b), Local Rules of Practice of the United States Bankruptcy Court for the District of Utah, I, George B. Hofmann, attorney for the trustee, hereby certify that on the 27th day of April, 2006, I served the foregoing proposed Order Granting Trustee's Motion for Protective Order, upon the following parties in interest, by depositing copies thereof in the United States mail, postage prepaid, addressed as follows:

> James E. Magleby
> Sharee O. Moser
> Magleby & Greenwood, P.C.
> 170 South Main Street, Suite 350
> Salt Lake City, UT 84101

> Peter Kuhn
> Office of the U.S. Trustee
> Ken Garff Building
> 405 South Main St., Suite 300
> Salt Lake City, UT  84111

**By Electronic Service to the Following:**

Office of the United States Trustee
USTPRegion19.sk.ecf@usdoj.gov


                                     /s/ George B. Hofmann
                                       George B. Hofmann